**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2227**

ALEXANDER JAIYE JEJE ORISHAGBEMI,

        Petitioner,

        v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  July 2, 2013        Decided:  July 12, 2013

Before AGEE, DIAZ, and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Alexander Jaiye Jeje Orishagbemi, Petitioner Pro Se.  Daniel Eric Goldman, Senior Litigation Counsel, Lindsay Corliss, Eric Warren Marsteller, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Jaiye Jeje Orishagbemi, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen. We have reviewed the record and the Board's order and conclude that the Board did not abuse its discretion in denying the motion as untimely and number-barred. See 8 C.F.R. § 1003.2(a), (c) (2013). We therefore deny the petition for review for the reasons stated by the Board. See In re: Orishagbemi (B.I.A. Sept. 27, 2012). Given this disposition, we deny the pending motion for stay of removal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED